UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**WISCONSIN SHEET METAL WORKERS
HEALTH AND BENEFIT FUND,
MILWAUKEE AREA SHEET METAL
JOURNEYMEN AND APPRENTICESHIP
TRAINING FUND, and WILLIAM HOEPNER,**

                **Plaintiffs,**

                Case No. 05-C-926

      -vs-

**ALL TEMP, LLC,**

                **Defendant.**

## ORDER

Based upon the foregoing stipulation,

**IT IS HEREBY ORDERED** that the above-entitled action is dismissed without prejudice.

Dated at Milwaukee, Wisconsin, this 1st day of November, 2005.

                **SO ORDERED,**

                **s/ Rudolph T. Randa**
                **HON. RUDOLPH T. RANDA**
                **Chief Judge**